The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 15, 2021, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 15, 2021**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | Case No. 21-10317-AIH |
| ) | |
| WILLIE L. AUSTIN, ) | Chapter 7 |
| ) | |
| Debtor(s). ) | Judge ARTHUR I. HARRIS |
| ) | |
| ) | <u>ORDER GRANTING MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM STAY AND ABANDONMENT</u> |
| ) | 1010 E 179TH ST |
| ) | CLEVELAND, OH 44119 |
| ) | |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Freedom Mortgage Corporation ("Movant"). (Docket __). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property 1444 Beech Street, Louisville, KY 40211

# # #

SUBMITTED BY:

/s/ Mark N. Dierks
Mark N. Dierks
(Bar No. 0040668)
Attorneys for Movant
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
813-342-2200
Floridabklegal@Brockandscott.com
Attorney for Movant

## SERVICE LIST

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Walter V. Landow, Debtor's Attorney
20150 Lakeshore Boulevard
Euclid, OH 44123
landowlaw@att.net

Waldemar J. Wojcik, Bankruptcy Trustee
526 Superior Avenue
Leader Bldg. #211
Cleveland, OH 44114

**To be served by regular U.S. Mail, postage prepaid on:**

WILLIE L. AUSTIN
PO BOX 94133
CLEVELAND, OH 44101-6133