United States Bankruptcy Court
Northern District of Ohio

In re:  
Willie L. Austin  
    Debtor

Case No. 21-10317-aih  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: nbrow     Page 1 of 1  
Date Rcvd: Sep 15, 2021     Form ID: pdf853     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Willie L. Austin, PO Box 94133, Cleveland, OH 44101-6133 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark N. Dierks | on behalf of Creditor Freedom Mortgage Corporation mark.dierks@brockandscott.com wbecf@brockandscott.com |
| Patrick A. Hruby | on behalf of Creditor Freedom Mortgage Corporation patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Waldemar J. Wojcik | on behalf of Trustee Waldemar J. Wojcik wwojcik@wojciklpa.com wwojcik@ecf.axosfs.com |
| Waldemar J. Wojcik | wwojcik@wojciklpa.com wwojcik@ecf.axosfs.com |
| Walter V. Landow | on behalf of Debtor Willie L. Austin landowlaw@att.net wlandow24@yahoo.com |

TOTAL: 5

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 15, 2021, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 15, 2021**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-10317-AIH |
| | ) | |
| WILLIE L. AUSTIN, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge ARTHUR I. HARRIS |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM STAY AND ABANDONMENT</u> |
| | ) | 1010 E 179TH ST |
| | ) | CLEVELAND, OH 44119 |
| | ) | |

    This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Freedom Mortgage Corporation ("Movant"). (Docket __). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property 1444 Beech Street, Louisville, KY 40211

# # #

SUBMITTED BY:

/s/ Mark N. Dierks
Mark N. Dierks
(Bar No. 0040668)
Attorneys for Movant
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
813-342-2200
Floridabklegal@Brockandscott.com
Attorney for Movant

## SERVICE LIST

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Walter V. Landow, Debtor's Attorney
20150 Lakeshore Boulevard
Euclid, OH 44123
landowlaw@att.net

Waldemar J. Wojcik, Bankruptcy Trustee
526 Superior Avenue
Leader Bldg. #211
Cleveland, OH 44114

**To be served by regular U.S. Mail, postage prepaid on:**

WILLIE L. AUSTIN
PO BOX 94133
CLEVELAND, OH 44101-6133